**Fill in this information to identify the case:**

Debtor 1  Laura L Riel

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN                    District of ILLINOIS
                                              (State)

Case number  12-36291

Form 4100R

# Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** USAA Federal Savings Bank

**Court Claim no. (if known):** 3-1

**Last 4 digits** of any number you use to identify the debtor's account:  XXXXXXXXXXXX3601

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  09 / 28 / 2017
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:   $ _____

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  __ / __ / ____
                                                                      MM / DD / YYYY

Debtor 1 : <u>Laura L Riel</u>     Case number (*if known*): <u>12-36291</u>
      First Name   Middle Name   Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ <u>/s/EVAN L MOSCOV</u>     Date <u>9/26/2017</u>
   Signature

Print   <u>EVAN L MOSCOV</u>     Title <u>Attorney for USAA Federal Savings Bank</u>
    First Name   Middle Name   Last Name

Company  <u>Weinstein & Riley, P.S.</u>

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  <u>653 N.Kingsbury Street,   Ste. 1501</u>
    Number   Street

<u>Chicago</u>       <u>IL</u>   <u>60654</u>
City         State   ZIP Code

<u>(312) 255-7996</u>     Email  <u>evanm@w-legal.com</u>

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on <u>September 26, 2017</u>, a true and correct copy of the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular first-class mail to the parties listed below:

**DEBTOR(S):**
Laura L Riel
17469 W Dartmoor Drive
Grayslake, IL 60030

**DEBTOR'S ATTORNEY:**
Edwin L Feld
Edwin L Feld & Associates LLC
1 North Lasalle Street, Suite 1225
Chicago, IL 60602

**TRUSTEE:**
Glenn B Stearns
801 Warrenville Rd, Ste 650
Lisle, IL 60532

**U.S. TRUSTEE:**
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

<u>/s/ Roseann Taliercio</u>
Assistant to Evan L MOSCOV